No. 81–1889.   PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK *v.* MID-LOUISIANA GAS CO. ET AL.; No. 81–1958.   ARIZONA ELECTRIC POWER COOPERATIVE, INC. *v.* MID-LOUISIANA GAS CO. ET AL.; No. 81–2042.   MICHIGAN *v.* MID-LOUISIANA GAS CO. ET AL.; and No. 82–19.   FEDERAL ENERGY REGULATORY COMMISSION *v.* MID-LOUISIANA GAS CO. ET AL.   C. A. 5th Cir. [Certiorari granted, *ante,* p. 820.]   Motion of Public Service Commission of New York for divided argument denied.   Motion of Arizona Electric Power Cooperative, Inc., for divided argument denied.

No. 82–34.   AMERICAN PAPER INSTITUTE, INC. *v.* AMERICAN ELECTRIC POWER SERVICE CORP. ET AL.; and No. 82–226.   FEDERAL ENERGY REGULATORY COMMISSION *v.* AMERICAN ELECTRIC POWER SERVICE CORP. ET AL. C. A. D. C. Cir.   [Certiorari granted, *ante,* p. 904.]   Motion of the Solicitor General for divided argument denied.   JUSTICE O'CONNOR took no part in the consideration or decision of this motion.

No. 82–118.   CROWN, CORK & SEAL CO., INC. *v.* PARKER. C. A. 4th Cir.   [Certiorari granted, *ante,* p. 986.]   Motion of Equal Employment Advisory Council for leave to file a brief as *amicus curiae* granted.

No. 82–131.   JONES & LAUGHLIN STEEL CORP. *v.* PFEIFER.   C. A. 3d Cir.   [Certiorari granted, *ante,* p. 821.] Motion of International Longshoremen's & Warehousemen's Union for leave to file a brief as *amicus curiae* granted.